UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DIANNE H. PRICE                                CIVIL ACTION

VERSUS                                         NO: 09-5511

MICHAEL J. ASTRUE,                             SECTION: R(5)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendation (R. Doc. 18), hereby approves the Report and adopts it as its opinion.

Accordingly,

The Commissioner's decision is REMANDED for further administrative proceedings, as specified in the Report.

New Orleans, Louisiana, this 30th day of August, 2010.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE